# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Paige L. Blackburn                  CHAPTER 7

<u>Debtor(s)</u>

BKY. NO. 20-22226 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of PNC BANK NATIONAL ASSOCIATION and index same on the master mailing list.

                                       Respectfully submitted,

/s/ James C. Warmbrodt

James Warmbrodt
04 Aug 2020, 15:33:58, EDT

                         James C. Warmbrodt, Esquire
                         Attorney I.D. No. 42524
                         KML Law Group, P.C.
                         BNY Mellon Independence Center
                         701 Market Street, Suite 5000
                         Philadelphia, PA 19106
                         412-430-3594
                         <u>jwarmbrodt@kmllawgroup.com</u>