FILED
11/2/20 5:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Paige L. Blackburn<br>　　　　　　Debtor(s) | |
| PNC BANK NATIONAL ASSOCIATION,<br>its successors and/or assigns<br>　　　　　　Movant<br>　　v.<br>Paige L. Blackburn<br>　　　　　　Respondent(s)<br>　　and<br>Robert H. Slone Esq., Trustee<br>　　　　　　Additional Respondent | BK. NO. 20-22226 GLT<br><br>CHAPTER 7<br><br>Related Dkt. No. 18 |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

　　AND NOW, this 2nd day of November, 2020, at Pittsburgh, upon Motion of PNC BANK NATIONAL ASSOCIATION, it is

　　**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 515 Blind Lane, Belle Vernon, PA 15012 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

　　Prepared by: ___Brian Nicholas, Esq._____

**DEFAULT ENTRY**

Dated: __November 02, 2020__

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Gregory　Taddonio　　hct
　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22226-GLT |
| Paige L. Blackburn | Chapter 7 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 1 of 2 |
| Date Rcvd: Nov 03, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2020:**

**Recip ID        Recipient Name and Address**
db            + Paige L. Blackburn, 515 Blind Lane, Belle Vernon, PA 15012-1205

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2020            Signature:            /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2020 at the address(es) listed below:

**Name                    Email Address**

Brian Nicholas
                on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Lauren M. Lamb
                on behalf of Debtor Paige L. Blackburn
                julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Office of the United States Trustee
                ustpregion03.pi.ecf@usdoj.gov

Robert H. Slone, Trustee
                robertslone223@gmail.com  rslone@pulsenet.com;pa07@ecfcbis.com

S. James Wallace
                on behalf of Creditor Peoples Natural Gas Company LLC sjw@sjwpgh.com  srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

District/off: 0315-2 User: lfin Page 2 of 2
Date Rcvd: Nov 03, 2020 Form ID: pdf900 Total Noticed: 1
TOTAL: 5