**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Paige L. Blackburn** | Social Security number or ITIN  **xxx−xx−2162** |
| | First Name  Middle Name  Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **20−22226−GLT**

# Order of Discharge                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Paige L. Blackburn

11/18/20                                                                           **By the court:**  Gregory L. Taddonio
                                                                                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 20-22226-GLT
Paige L. Blackburn Chapter 7
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: admin      Page 1 of 3
Date Rcvd: Nov 18, 2020      Form ID: 318      Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Paige L. Blackburn, 515 Blind Lane, Belle Vernon, PA 15012-1205 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15270513 | + | Collection Service Center, Inc., Pob 560, New Kensington, PA 15068-0560 |
| 15270515 | | Community Bank, Rj Sommers Operations Center, Waynesburg, PA 15370 |
| 15270519 | + | KML Law Group, 701 Market St.- Suite 5000, Philadelphia, PA 19106-1541 |
| 15270522 | + | Midland Fund, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15270525 | + | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 15270528 | + | Mon Valley Hospital, 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 15270532 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 15270531 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 15270530 | | Peoples Gas, 375 North Shore Drive, Attn: Dawn Linder, Homestead, PA 15120 |
| 15270535 | | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 15270541 | + | Travellers Insurance, 112 Washington Place #9D, Pittsburgh, PA 15219-3409 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 19 2020 02:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 19 2020 02:45:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Nov 19 2020 05:33:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15270510 | | EDI: RMSC.COM | Nov 19 2020 05:33:00 | Amazon/Syncb, PO Box 960013, Orlando, FL 32896-0013 |
| 15270511 | + | EDI: RMSC.COM | Nov 19 2020 05:33:00 | Ashley Homestore, c/o Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 15270516 | | Email/Text: svlainich@communitybank.tv | Nov 19 2020 02:46:00 | Community Bank, Po Box 357, Carmichaels, PA 15320 |
| 15270512 | | EDI: CAPITALONE.COM | Nov 19 2020 05:33:00 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 15270514 | + | Email/Text: bankruptcy@firstenergycorp.com | Nov 19 2020 02:46:00 | Collection Service Center, Inc., Attn: Bankruptcy, 839 5th Ave., New Kensington, PA 15068-6303 |
| 15270518 | + | EDI: CCS.COM | | |

Case 20-22226-GLT   Doc 26   Filed 11/20/20   Entered 11/21/20 00:39:46   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 18, 2020 | Form ID: 318 | Total Noticed: 39 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15270517 | + | EDI: CCS.COM | Nov 19 2020 05:33:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| | | | Nov 19 2020 05:33:00 | Credit Collection Services, Po Box 607, Norwood, MA 02062-0607 |
| 15270521 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 19 2020 02:44:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15270520 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 19 2020 02:44:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15270529 | | EDI: RMSC.COM | Nov 19 2020 05:33:00 | Old Navy, P.O. Box 103090, Roswell, GA 30076 |
| 15270532 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 19 2020 02:44:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 15270531 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 19 2020 02:44:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 15270533 | | EDI: PRA.COM | Nov 19 2020 05:33:00 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15270534 | | EDI: PRA.COM | Nov 19 2020 05:33:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 15270536 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 19 2020 02:59:00 | Resurgent Capital Services, Attn: Bankruptcy, Pob 10497, Greenville, SC 29603-0497 |
| 15271103 | + | EDI: RMSC.COM | Nov 19 2020 05:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15270537 | + | EDI: WTRRNBANK.COM | Nov 19 2020 05:33:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15270538 | + | EDI: WTRRNBANK.COM | Nov 19 2020 05:33:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15270540 | + | Email/Text: bankruptcydepartment@tsico.com | Nov 19 2020 02:47:00 | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 15270539 | + | Email/Text: bankruptcydepartment@tsico.com | Nov 19 2020 02:47:00 | Transworld Sys Inc/51, Pob 15273, Wilmington, DE 19850-5273 |
| 15270542 | + | EDI: ECMC.COM | Nov 19 2020 05:33:00 | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 15270545 | + | EDI: ECMC.COM | Nov 19 2020 05:33:00 | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 15270548 | + | EDI: WFNNB.COM | Nov 19 2020 05:33:00 | Victorias Secret, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 15270549 | | EDI: RMSC.COM | Nov 19 2020 05:33:00 | Walmart, PO Box 530927, Atlanta, GA 30353-0927 |
| 15270550 | | EDI: WFNNB.COM | Nov 19 2020 05:33:00 | Wayfair, PO Box 659450, San Antonio, TX 78265-9450 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| 15270523 | *+ | Midland Fund, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15270524 | *+ | Midland Fund, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15270526 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 15270527 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 15270543 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 15270544 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |

| District/off: 0315-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 18, 2020 | Form ID: 318 | Total Noticed: 39 |

| 15270546 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 15270547 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |

TOTAL: 1 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2020         Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Lauren M. Lamb | on behalf of Debtor Paige L. Blackburn julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert H. Slone, Trustee | robertslone223@gmail.com rslone@pulsenet.com;pa07@ecfcbis.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 5